UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEONTA KING,<br><br>　　　　　　Defendant. | No.  2:17-CR-00070-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release DEONTA KING;

Case No. 2:17-CR-00070-KJM, from custody for the following reasons:

　　__ Release on Personal Recognizance

　　__ Bail Posted in the Sum of $

　　　　__ Unsecured Appearance Bond

　　　　__ Appearance Bond with 10% Deposit

　　　　__ Appearance Bond with Surety

　　　　__ Corporate Surety Bail Bond

　　_X_ (Other): Time Served

Issued at Sacramento, California on October 5, 2020, at 1:31 pm.

_____
CHIEF UNITED STATES DISTRICT JUDGE